STATE OF NORTH CAROLINA v. KASEY LEE NIPPER

No. 346PA06

(Filed 26 January 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 177 N.C. App. 794, 629 S.E.2d 883 (2006), finding no error in a judgment entered on 2 December 2004 by Judge Beverly T. Beal in Superior Court, Catawba County, following defendant's conviction for first-degree arson. Heard in the Supreme Court 10 January 2007.

*Roy Cooper, Attorney General, by Sandra Wallace-Smith, Assistant Attorney General, for the State.*

*David Childers for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.